# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

FRED L. WILLIAMS
ADC #093355                                                PETITIONER

v.                     No. 5:18-cv-3-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                          RESPONDENT

## ORDER

**1.** The Court received Williams's third amendment to his reply on the same day that Magistrate Judge Kearney filed his recommendation. № 15. The Court has considered the third amendment along with Williams's objections and amended objections.

**2.** On *de novo* review, the Court adopts the recommendation, № 14, and overrules Williams's objections, № 16 & № 17. FED. R. CIV. P. 72(b)(3). Williams's petition is untimely; and he hasn't cleared equitable tolling's high bar. His petition will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2018