# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

FRED L. WILLIAMS
ADC #093355                                                          PETITIONER

v.                     No. 5:18-cv-3-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                 RESPONDENT

## JUDGMENT

Williams's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2018